AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America )
v. )
MAGON EDAIR ELY )   Case No: 08-00101-001
) USM No: 10221-003
Date of Original Judgment: 11/14/2008 )
Date of Previous Amended Judgment: )   Pro Se
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Defendant was sentenced to the statutory mandatory minimum of 120 months and would not benefit from a guideline recalculation under the Fair Sentencing Act of 2010.

Except as otherwise provided, all provisions of the judgment dated  11/14/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/10/2012                      /s/ Callie V. S. Granade
                                              *Judge's signature*

Effective Date: _____                        United States District Judge
*(if different from order date)*              *Printed name and title*